United States Magistrate Court
Southern District of Texas
FILED

SEP 1 2 2005

AAF
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | DOCKET No. 5:05-MJ-2412 |
| Noe Mendez Munoz | § | |

## ORDER APPOINTING PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel, and because the interest of justice so requires, the Federal Public Defender is hereby appointed to represent this person in the above designated case.

If appointment is made by a Magistrate Judge and the case subsequently proceeds to the United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

ADRIANA ARCE-FLORES
United States Magistrate Judge

Date of order: September 12, 2005

CHARGE:     Title 8 & 6 United States Code, Section(s) 1326 Felony and 202, 557

/ic